HANSON BRIDGETT LLP
MICHAEL F. DONNER (SBN 155944)
mdonner@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:  (415) 777-3200
Facsimile:  (415) 541-9366

HANSON BRIDGETT LLP
ANDREW W. STROUD (SBN 126475)
astroud@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:  (916) 442-3333
Facsimile:  (916) 442-2348

Attorneys for Plaintiff
BLUE DIAMOND GROWERS,
a California corporation

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| BLUE DIAMOND GROWERS, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>FREEDOM FOODS GROUP FINANCING PTY LTD., an Australian proprietary limited company, f/k/a NUTRITION VENTURES FINANCING PTY LTD.,<br><br>Defendant. | CASE NO. 2:19-CV-2450-JAM-AC<br><br>**STIPULATION TO DISMISS ACTION** |

Plaintiff Blue Diamond Growers and Defendant Freedom Foods Group Financing Pty. Ltd., by and through their respective counsel, hereby stipulate as follows:

WHEREAS the parties have entered into a written settlement agreement and thereby resolved all claims asserted in this action;

IT IS HEREBY STIPULATED that this action is to be dismissed <u>with prejudice</u> and with each party to bear its own costs and fees incurred therein.

IT IS SO STIPULATED.

DATED: February 18, 2020　　　　　　**HANSON BRIDGETT LLP**

By: */s/ Michael F. Donner*
MICHAEL F. DONNER
Attorneys for Plaintiff
BLUE DIAMOND GROWERS,
a California corporation


DATED: February 18, 2020　　　　　　**GIBSON, DUNN & CRUTCHER LLP**

By: */s/ Brian M. Lutz* (as authorized on 2/14/20)
BRIAN M. LUTZ
Attorneys for Defendant
FREEDOM FOODS GROUP FINANCING
PTY LTD

## **ORDER**

Based on the foregoing Stipulation, and good cause showing:

1. This action is hereby dismissed with prejudice; and

2. Each party is to bear its own costs and fees incurred.

**IT IS SO ORDERED**

Dated: 2/18/20                          /s/ John A. Mendez_____
                                                         HON. JOHN A. MENDEZ
                                              United States District Court Judge